### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES HILL,
ADC #143512                                                                                               PLAINTIFF

V.                                    5:16CV00015-SWW-JTK

CORRECT CARE SOLUTIONS, LLC, et al.                                            DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of pertinent portions of the record, the Court adopts the recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Johnson's Motion to Dismiss (Doc. No. 21) is GRANTED.

IT IS SO ORDERED this 12th day of April, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1