# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES HILL,
ADC #143512                                                                                          PLAINTIFF

5:16CV00015-SWW-JTK

CORRECT CARE SOLUTIONS LLC, et al.                                                  DEFENDANTS

## **ORDER**

The Court has received supplemental proposed findings and recommendations [ECF No. 61] from United States Magistrate Judge Jerome T. Kearney. The Court has carefully reviewed those findings and recommendations and the filed objections. The Court has also conducted a *de novo* review of pertinent portions of the record. After careful consideration, the Court adopts the supplemental proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the original decision to deny Defendant Griswold's Motion for Summary Judgment is re-affirmed.

IT IS SO ORDERED this 4th day of October, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE