# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JAMES HILL, ADC #143512<br>PLAINTIFF | |
| V. | CASE NO. 5:16CV00015 SWW/JTK |
| CORRECT CARE SOLUTIONS LLC, ET AL.<br>DEFENDANTS | |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court adopts the recommendations in their entirety.

IT IS THEREFORE ORDERED that:

1) Defendant Griswold's Motion for Summary Judgment (Doc. No. 82) is GRANTED, and Plaintiff's claim against her is DISMISSED with prejudice.

2) Defendants Doe Corporation and John Does are DISMISSED without prejudice, for failure to serve. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE