# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES HILL, ADC #143512 PLAINTIFF | * * * * | |
| V. | * * * | CASE NO. 5:16CV00015 SWW/JTK |
| CORRECT CARE SOLUTIONS LLC, ET AL. DEFENDANTS | * * * * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE